IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

XAVIER S. WILLIAMS,

      Petitioner,                    No. CIV-S-12-0899 CKD P

     vs.

L. S. McEWEN,

      Respondent.               ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, seeks to file an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

       Petitioner's motion to submit a petition in excess of page limits will be denied as moot, as there is no limit to the number of pages in a habeas corpus petition under the Local Rules. See L.R. 190. Petitioner should simply submit his petition along with an application to proceed in forma pauperis.

\\\\\

\\\\\

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Petitioner shall submit, within thirty days from the date of this order, an
3 affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;
4 petitioner's failure to comply with this order will result in a recommendation that this action be
5 dismissed;

6    2. The Clerk of the Court is directed to send petitioner a copy of the in forma
7 pauperis form used by this district;

8    3. Petitioner's motion for permission to submit first petition over limited pages
9 (Dkt. No. 1) is denied as moot.

Dated: April 16, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
will0899.101a