IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

XAVIER S. WILLIAMS,

      Petitioner,               No. CIV-S-12-0899 CKD P

      vs.

L. S. McEWEN,

      Respondent.             ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, seeks to file an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

      Petitioner's motion to submit a petition in excess of page limits will be denied as moot, as there is no limit to the number of pages in a habeas corpus petition under the Local Rules. See L.R. 190. Petitioner should simply submit his petition along with an application to proceed in forma pauperis.

\\\\\

\\\\\

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed;

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district;

3. Petitioner's motion for permission to submit first petition over limited pages (Dkt. No. 1) is denied as moot.

Dated: April 16, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
will0899.101a